IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-363-RLV-DCK

| | |
|---|---|
| SARA JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC. and WEIGHT WATCHERS NORTH AMERICA, INC.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Daniel Jerome Davis, filed August 12, 2010. Mr. Davis seeks to appear as counsel *pro hac vice* for Defendants Weight Watchers International, Inc. and Weight Watchers North America, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Davis is admitted to appear before this court *pro hac vice* on behalf of Defendants Weight Watchers International, Inc. and Weight Watchers North America, Inc.

Signed: August 12, 2010

David C. Keesler
United States Magistrate Judge