IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-363-MOC-DCK

SARA JACKSON,

    Plaintiff,

v.

WEIGHT WATCHERS INTERNATIONAL, INC. and WEIGHT WATCHERS NORTH AMERICA, INC.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) concerning Dace Caldwell Martinez, filed December 12, 2011. Mr. Martinez seeks to appear as counsel *pro hac vice* for Defendants Weight Watchers International, Inc. and Weight Watchers North America, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Martinez is admitted to appear before this court *pro hac vice* on behalf of Defendants Weight Watchers International, Inc. and Weight Watchers North America, Inc.

Signed: December 12, 2011

David C. Keesler
United States Magistrate Judge